In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM H. VAN KLEECK, as Trustee under the Last Will and Testament of JAMES D. INGERSOLL, Deceased, Respondent. L. RUSSELL LEEDS Appellant; CHARLES E. BROWN, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.